PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

Report Date:  May 7, 2018

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**MAY 08 2018**

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Frank Bradley Molesky | | Case Number: 0980 2:08CR00147-LRS-1 |
| Address of Offender: | | Spokane, WA  99202 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 1, 2009

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm and Ammunition, 18 U.S.C. §§ 922(j) and 924(a)(2) | |
| Original Sentence: | Prison -120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: June 26, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: June 25, 2020 |

### PETITIONING THE COURT

**To issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/19/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On June 26, 2017, Mr. Molesky was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgement reflecting he understood his conditions in full.

Mr. Molesky is in direct violation of special condition number 18 by failing to report as directed for a urine test at Pioneer Human Services (PHS).

Due to Mr. Molesky's continued drug use, he was referred to our urinalysis hotline at PHS. Mr. Molesky was directed to call the hotline daily and to listen for the color "BROWN2." If said color was called, he was directed to report to PHS between the hours of 7 a.m. and 7 p.m. to supply a urine sample.

On May 3, 2018, the color "BROWN2" was called and Mr. Molesky failed to supply a urine sample. Mr. Molesky has not reached out to the undersigned officer to explain why he missed this urinalysis.

Prob12C
**Re: Molesky, Frank Bradley**
**May 7, 2018**
**Page 2**

4          <u>Standard Condition #2</u>: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

<u>Supporting Evidence</u>: On June 26, 2017, Mr. Molesky was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgement reflecting he understood his conditions in full.

Mr. Molesky is in direct violation of special condition number 2 by failing to report as directed to the undersigned officer.

On May 3, 2018, the undersigned officer called Mr. Molesky's phone. An unknown female answered and stated she had no idea who Frank Molesky was.

On May 4, 2018, the undersigned officer went to Mr. Molesky's employment.  His supervisor reported, every day since May 1, 2018, Mr. Molesky has been driving into work and informing employees he has a back issue and would not be in.

The undersigned officer went to Mr. Molesky's residence believing to find him there. He did not answer the door, so a card was left in the door with written instructions to call this officer and to report to the United States Probation Office for a mandatory meeting on May 7, 2018, at 9 a.m.

On May 7, 2018, Mr. Molesky failed to report to the undersigned officer and has not attempted to reach the undersigned officer by phone.

5          <u>Special Condition #17</u>: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, and aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

<u>Supporting Evidence</u>: On June 26, 2017, Mr. Molesky was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgement reflecting he understood his conditions in full.

Mr. Molesky is in direct violation of special condition number 17 by failing to report to treatment as directed on May 1, and May 3, 2018.

On May 4, 2018, the undersigned officer was able to verify with PHS that Mr. Molesky was a no call and no show for group on May 1 and May 3, 2018.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/19/2018.

Prob12C
**Re: Molesky, Frank Bradley**
**May 7, 2018**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/07/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

5/8/18

Date