# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 17 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frank Bradley Molesky           Case Number: 0980 2:08CR00147-LRS-1

Address of Offender:                              Spokane, WA 99202

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 1, 2009

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Stolen Firearm and Ammunition, 18 U.S.C. §§ 922(j) and 924(a)(2) | | |
| Original Sentence: | Prison -120 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: | June 26, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | June 25, 2020 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/19/2018 and 05/07/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #21**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: On June 26, 2017, Mr. Molesky was given a copy of his judgement and his conditions of supervision were explained to him. He signed his judgment reflecting he understood his conditions in full.<br><br>On May 16, 2018, Mr. Moleksy was taken into custody by the United States Marshals Service around 11:30 a.m. Mr. Molesky was brought before U.S. Magistrate Judge John T. Rodgers. Upon speaking to Mr. Molesky, he appeared to have a slur to his speech.<br><br>The undersigned office was able to obtain a Breathalyzer from Mr. Molesky around 2:45p.m. The Alco-Sensor 3 was administered and Mr. Molesky blew a .10 blood alcohol level (BAL). Mr. Molesky stated he had been drinking this morning and last night. He signed a drug use admission form stating he consumed alcohol on May 15, and May 16, 2018. Mr. Molesky did say he had "fallen off pretty hard" and he was drinking again. He reported he was glad he "didn't do anything too stupid." |

Prob12C
Re: Molesky, Frank Bradley
May 16, 2018
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/19/2018 and 05/07/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/16/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

5/17/18
Date