PROB 12C
(6/16)

Report Date: September 17, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 17, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Frank Bradley Molesky | Case Number: 0980 2:08CR00147-LRS-1 |
| Address of Offender: | Spokane, Washington 99217 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 1, 2009

| | |
|---|---|
| Original Offense: | Possession of a Stolen Firearm and Ammunition, 188 U.S.C. § 922(j) and 924(a)(2) |
| Original Sentence: | Prison 120 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: George J. C. Jacobs, III | Date Supervision Commenced: June 26, 2017 |
| Defense Attorney: William Miles Pope | Date Supervision Expires: June 25, 2020 |

## PETITIONING THE COURT

To issue **a warrant** and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on, 04/19/2018, 05/07/2018, 05/16/2018, and 09/13/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Mr. Molesky is in direct violation of standard condition #2 by failing to report as directed to the undersigned officer on September 17, 2018.<br><br>On June 26, 2017, Mr. Molesky was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgement reflecting he understood his conditions in full.<br><br>On September 11, 2018, the undersigned officer met with Mr. Molesky at his residence. At that time, the offender was directed to report to the undersigned officer at the U.S. Probation Office, at 8:30 a.m., on September 17, 2018. He failed to report as directed.<br><br>On September 17, 2018, at approximately 8:40 a.m., the undersigned attempted to contact Mr. Molesky via telephone. His phone went straight to voice mail. In addition, the undersigned officer attempted to reach out to Mr. Molesky at his place of employment. Messages have been left requesting Mr. Molesky call this officer immediately. At this time, Mr. Molesky has not contacted the undersigned officer. |

Prob12C
Re: Molesky, Frank Bradley
September 17, 2018
Page 2

The U.S. Probation Office respectfully recommends the Court **to issue a warrant** and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/17/2018

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [x] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [x] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

9/17/18
Date