PROB 12C
(6/16)

Report Date: June 14, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frank Bradley Molesky             Case Number: 0980 2:08CR00147-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 1, 2009

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm and Ammunition, 18 U.S.C. §§ 922(j) and 924(a)(2) | |
| Original Sentence: | Prison - 120 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 18, 2018) | Prison - 8 months;<br>TSR - 28 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: May 20, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 19, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of you release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: On June 14, 2019, Mr. Molesky was in direct violation of standard condition number 1 by failing to report to the United States Probation Office.<br><br>On June 26, 2017, Mr. Molesky was given a copy of his judgment and his conditions of supervision were explained to him. He reported that he understood each condition.<br><br>On May 16, 2019, the undersigned officer was in contact with a supervising case manager at FCI SeaTac. An email, with reporting instructions, was sent to that supervisor. Mr. Molesky was informed to report to the United States Probation Office by 8AM on May 21, 2019.<br><br>It should be noted that Mr. Molesky was aware that he had an active warrant with Spokane County due to a previous charge for failing to register, case number 18-1-10047-1

Prob12C
**Re: Molesky, Frank Bradley**
**June 14, 2019**
**Page 2**

On May 21, 2019, Mr. Molesky failed to report to the United States Probation Office. On May 22, 2019, Mr. Molesky was arrested in Spokane at 1:02AM with another individual who had an outstanding department of corrections (DOC) warrant. Mr. Molesky was taken into custody on his Spokane County warrant.

On June 11, 2019, Mr. Molesky was sentenced on the failure to register charge. He was given credit for time served and was released from the Spokane County Jail. Once again, Mr. Molesky did not report to the United States Probation Office after being released.

On June 12, 2019, the undersigned officer called the last known phone number for Mr. Molesky, however, the phone was turned off. The undersigned officer reached out to Mr. Molesky's daughter and she confirmed he had not been in contact with her.

On June 12, 2019, the undersigned officer contacted DOC to see if Mr. Molesky had reported to their office. A DOC officer stated that Mr. Molesky was a new release and that he would not be assigned an officer until sometime the following week. The DOC officer reported that he had the same address and phone number that the undersigned had on record.

On June 13, 2019, the undersigned officer called the sex offender registration office. They stated that on his jail release form, Mr. Molesky reported his address as the Union Gospel Mission (UGM) address. This officer called the UGM and staff reported that Mr. Molesky did not check in on June 11, 2019, or any night after. Currently, Mr. Molesky's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/14/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

06/14/2019

Date