PROB 12C
(6/16)

Report Date: April 15, 2020

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2020

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Frank Bradley Molesky | Case Number: 0980 2:08CR00147-LRS-1 |
| Address of Offender: | Four Lakes, Washington  99014 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 1, 2009

Original Offense:        Possession of a Stolen Firearm and Ammunition, 18 U.S.C. §§ 922(j) and 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 Months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 18, 2018) | Prison - 8 Months<br>TSR - 28 Months | |
| Revocation Sentence:<br>(July 30, 2019) | Prison - 6 Months<br>TSR - 22 Months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: January 9, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: November 8, 2021 |

### PETITIONING THE COURT

To issue **a warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Molesky was in direct violation of mandatory condition number 1 by being charged with driving under the influence (DUI), case number XZ0289880.<br><br>On January 9, 2020, Mr. Molesky was given a copy of his judgment and his conditions of supervision were explained to him. He reported that he understood each condition.<br><br>On April 15, 2020, the undersigned officer received information from Washington State Patrol (WSP) which outlined the arrest of Mr. Molesky for DUI on April 13, 2020.<br><br>The WSP trooper was dispatched to a collision on SR21 at I-90 at 3:43 p.m. The report states, the trooper contacted Mr. Molesky who was in the care of the emergency medical services (EMS) crew. When EMS reported on scene, Mr. Molesky was found sitting in the |

Prob12C
Re: Molesky, Frank Bradley
April 15, 2020
Page 2

driver's seat with his seatbelt on. His car had hit an embankment, causing the air bags to deploy.

Mr. Molesky was so impaired that he was unable to get out of his vehicle or walk on his own. A blood alcohol content (BAC) test was conducted on Mr. Molesky which revealed .327 BAC. The trooper was also advised that there was an open bottle of vodka in a black plastic bag on the floorboard of the offender's vehicle.

Mr. Molesky was placed under arrest for DUI and was taken to the East Adams Rural Hospital, due to the high level of alcohol in his system. At the hospital, he was medically cleared, therefore the trooper transported him to the Adams County Jail, where he was booked into custody for driving under the influence. On April 14, 2020, Mr. Molesky was released from the Adams County Jail. His next court date is scheduled for June 9, 2020.

2  **Special Condition #7;** You must abstain from the use of illegal controlled substances, and submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 13, 2020, Mr. Molesky was in direct violation of special condition 7 by failing to report to supply a random urine sample.

On January 9, 2020, Mr. Molesky was given a copy of his judgment and his conditions of supervision were explained to him. He reported that he understood each condition.

Due to Mr. Molesky's past history with alcohol and drugs, he was directed to call the urine testing hotline every day. He was to listen for the color GOLD 2. If the color GOLD 2 was called, he was directed to report to Pioneer Human Services (PHS) between the hours of 7 a.m. and 5:30 p.m. to provide a urine sample for testing.

On April 13, 2020, the color GOLD 2 was called and Mr. Molesky failed to report as directed.

3  **Special Condition #8:** You must not enter into any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On April 13, 2020, Mr. Molesky was in direct violation of special condition number 8 by consuming alcohol.

On January 9, 2020, Mr. Molesky was given a copy of his judgment and his conditions of supervision were explained to him. He reported that he understood each condition.

On April 13, 2020, Mr. Molesky was charged with DUI. During the interaction with police, Mr. Molesky stated he had consumed a "little bit" of alcohol. An open bottle of vodka was found on the floorboard of the offender's vehicle. Mr. Molesky opted to provide a Breathalyzer, and the BAC reading was .327.

The U.S. Probation Office respectfully recommends the Court issue **a warrant** requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Molesky, Frank Bradley**
**April 15, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/15/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

04/16/2020
Date